# EXHIBIT A

Dockets.Justia.com

File #4906-1
BDC/mr
PETRO COHEN PETRO MATARAZZO
A Professional Corporation
The Executive Plaza
2111 New Road
Suite 202
Northfield, NJ 08225
(609) 677-1700
Attorneys for Plaintiff, Jason Williams

RECEIVED
APR 7 2005
PHILLIES

| | |
|---|---|
| JASON WILLIAMS, | SUPERIOR COURT OF NEW JERSEY |
| Plaintiffs, | LAW DIVISION |
| | ATLANTIC COUNTY |
| v. | DOCKET NO. ATL-L-002187-05 |
| PHILADELPHIA PHILLIES, | Civil Action |
| Defendants. | **SUMMONS** |

The State of New Jersey, to the above named defendant(s):

Philadelphia Phillies

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A $135.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed.

You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of numbers is also provided.

*/s/ Donald F. Phelan*
DONALD F. PHELAN, Clerk of
the Superior Court

DATED: April 5, 2005

Name of defendant to be served:     Philadelphia Phillies

Address of defendant to be served:  Citizen's Bank Park
                                    Philadelphia, PA  19148

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Boulevard, First Fl.
Atlantic City, NJ 08401
**LAWYER REFERRAL**
(609) 345-3444
**LEGAL SERVICES**
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Case Processing Section, Room 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769
**LAWYER REFERRAL**
(201) 488-0044
**LEGAL SERVICES**
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn.: Judicial Intake
First F., Courts Facility
49 Rancocas Road
Mt. Holly, NJ 08060
**LAWYER REFERRAL**
(609) 261-4862
**LEGAL SERVICES**
(609) 261-1088

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
1st Fl. Hall of Records
101 S. Fifth Street
Camden, NJ 08103
**LAWYER REFERRAL**
(609) 964-4520
**LEGAL SERVICES**
(609) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
9 N. Main Street
Box DN-209
Cape May Court House, NJ 08210
**LAWYER REFERRAL**
(609) 463-0313
**LEGAL SERVICES**
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302
**LAWYER REFERRAL**
(609) 692-6207
**LEGAL SERVICES**
(609) 451-0003

**ESSEX COUNTY**
Deputy Clerk of the Superior Court
237 Hall of Records
465 Dr. Martin Luther King, Jr., Blvd.
Newark, NJ 07102
**LAWYER REFERRAL**
(201) 622-6207
**LEGAL SERVICES**
(201) 624-4500

**GLOUCESTER COUNTY**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn.: Intake
First Fl., Court House
1 North Broad Street, PO Box 129
Woodbury, NJ 08096
**LAWYER REFERRAL**
(609) 848-4589
**LEGAL SERVICES**
(609) 848-5360

**HUDSON COUNTY**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House - 1st Floor
583 Newark Avenue
Jersey City, NJ 07306
**LAWYER REFERRAL**
(201) 798-2727
**LEGAL SERVICES**
(201) 792-6363

**HUNTERDON COUNTY**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08852
**LAWYER REFERRAL**
(609) 735-2611
**LEGAL SERVICES**
(609) 782-7979

**MERCER COUNTY**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 South Broad St., PO Box 8068
Trenton, NJ 08650
**LAWYER REFERRAL**
(609) 585-8200
**LEGAL SERVICES**
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court
Administration Building
Third Floor
1 Kennedy Sq., PO Box 2633
New Brunswick, NJ 08903-2633
**LAWYER REFERRAL**
(908) 828-0053
**LEGAL SERVICES**
(908) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
71 Monument Park
PO Box 1262
Court House - East Wing
Freehold, NJ 07728-1262
**LAWYER REFERRAL**
(908) 431-5544
**LEGAL SERVICES**
(908) 866-0020

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Pl., PO Box 910
Morristown, NJ 07960-0910
**LAWYER REFERRAL**
(201) 267-5882
**LEGAL SERVICES**
(201) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754
**LAWYER REFERRAL**
(908) 240-3666
**LEGAL SERVICES**
(908) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton St.
Paterson, NJ 07505
**LAWYER REFERRAL**
(201) 278-9223
**LEGAL SERVICES**
(201) 345-7171

**SALEM COUNTY**
Deputy Clerk of the Superior Court
92 Market St., PO Box 18
Salem, NJ 08079
**LAWYER REFERRAL**
(609) 678-8363
**LEGAL SERVICES**
(609) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Fl.
PO Box 3000
Somerville, NJ 08876
**LAWYER REFERRAL**
(908) 685-2323
**LEGAL SERVICES**
(908) 231-0840

**SUSSEX COUNTY**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
**LAWYER REFERRAL**
(201) 267-5882
**LEGAL SERVICES**
(201) 383-7400

**UNION COUNTY**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073
**LAWYER REFERRAL**
(908) 353-4715
**LEGAL SERVICES**
(908) 354-4340

**WARREN COUNTY**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
Belvidere, NJ 07823-1500
**LAWYER REFERRAL**
(201) 267-5882
**LEGAL SERVICES**
(908) 475-2010

# EXHIBIT B

File #4906-1
BDC/mr
PETRO COHEN PETRO MATARAZZO
A Professional Corporation
The Executive Plaza
2111 New Road
Suite 202
Northfield, NJ 08225
(609) 677-1700
Attorneys for Plaintiff, Jason Williams

**RECEIVED and FILED**
MAR 28 2005
**ATLANTIC COUNTY LAW DIVISION**

| | |
|---|---|
| JASON WILLIAMS<br><br>Plaintiffs,<br><br>v.<br><br>PHILADELPHIA PHILLIES<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>ATLANTIC COUNTY<br><br>DOCKET NO. ATL-L-2187-05<br><br>Civil Action<br><br>**COMPLAINT AND JURY DEMAND** |

Plaintiff, Jason Williams, residing at 269 West Louis Avenue, in the City of Egg Harbor, County of Atlantic, State of New Jersey by way of Complaint against defendant hereby states:

### FIRST COUNT

1. On or about April 5, 2003, plaintiff Jason Williams was a ticket holder, patron and business invitee of defendant Philadelphia Phillies and was in Veteran Stadium, Philadelphia, Pennsylvania in order to attend a Philadelphia Phillies/Pittsburgh Pirates baseball game.

2. At the date and place aforesaid, plaintiff arrived during pre-game practice and was permitted by defendant's usher on to the edge of the field by the fence where a player from the Pittsburgh Pirates was autographing and tossing baseballs to approximately twenty (20) fans already gathered there.

1

3. At the time and place aforesaid and while plaintiff was standing with this group of fans, he was struck in the face and injured by a line drive foul ball hit by a Pittsburgh Pirate player who was taking batting practice.

4. At the time and place aforesaid and prior thereto defendant through said defendant's agents, servants and/or employees negligently failed to provide plaintiff with a reasonably safe premises, negligently exposed plaintiff to an unreasonable risk of harm during pre-game activities, negligently permitted plaintiff, along with other fans onto the edge of the field thereby substantially increasing exposure and risk of harm, negligently permitted pre-game related activities that defendant knew or should have known were designed to attract fans including plaintiff onto or adjacent to the field, and to distract them from potential harm and said defendant was otherwise inattentive and careless all to plaintiff's detriment and loss.

5. As a result of defendant's negligence, plaintiff was caused to sustain severe painful and permit bodily injuries which injuries required plaintiff to undergo medical and surgical treatment, incapacitated plaintiff from pursuing his usual employment or other activities, caused plaintiff significant pain, suffering and mental anguish and which injuries shall, in the future, similarly incapacitate plaintiff, cause him pain and suffering and require medical treatment.

WHEREFORE plaintiff Jason Williams demands judgement on this Count against defendant the Philadelphia Phillies through said defendant's agents, servants and/or employees for damages, interests and costs of suit.

### Interrogatory Demand in Lieu of Service

Please take notice that Plaintiff demands answers to Form C and Form C(2) (The term "conditions" as employed in C(2) Interrogatories refers to the pre-game activities involving the Pittsburgh Pirate player autographing and tossing baseballs to a group of fans located adjacent to the field in the vicinity of Veteran Stadium Section 239) of the uniform set of interrogatories more specifically set forth in Appendix II of the 2003 Edition of the Rules Governing the Courts of the State of New Jersey in accordance with R. 4:17-1(b)(ii)(2).

### JURY DEMAND

A demand for trial by jury is hereby made on all issues raised in these pleadings.

### CERTIFICATION PURSUANT TO RULE 4:5-1

The undersigned, Barry Cohen, Esq., certifies on behalf of the above named as follows:

1. I am an attorney admitted to practice law in the State of New Jersey, with the firm of Petro Cohen Petro Matarazzo, PC, counsel for the above named.

2. The matter in controversy in this matter is not the subject of any other action pending in any Court or of a pending arbitration proceeding, nor is any other action or arbitration proceeding contemplated.

3. At this time, there are no other parties who should be joined in this action.

4. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

3

PLEASE BE NOTIFIED that pursuant to Rule 4:25-4, Barry Cohen, Esquire, is hereby designated as trial counsel in the above-captioned litigation on behalf of the firm of Petro Cohen Petro Matarazzo, PC.

PETRO COHEN PETRO MATARAZZO

BY: _____
BARRY D. COHEN
Attorneys for Plaintiffs

DATED: March 23, 2005

# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for Initial Law Division – Civil Part pleadings (not motions) under Rule 4:5-1.
Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed or if attorney's signature is not affixed.

| PAYMENT TYPE: | CK | CG | CA |
|---|---|---|---|
| CHG/CK NO. | | | |
| AMOUNT: | | | |
| OVERPAYMENT: | | | |
| BATCH NUMBER: | | | |

| ATTORNEY/PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| Barry D. Cohen, Esquire | 609 677-1700 | Atlantic |

| FIRM NAME (if applicable) | DOCKET NUMBER (When available) |
|---|---|
| Petro Cohen Petro Matarazzo | ATL-L-2187-05 |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| Executive Plaza, Suite 202, 2111 New Road | Complaint |
| Northfield, New Jersey 08225 | JURY DEMAND ✓ YES ☐ NO |

RECEIVED AND FILED MAR 28 2005 ATLANTIC COUNTY LAW DIVISION

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| Jason Williams, Plaintiff | Jason Williams v. The Philadelphia Phillies |

| CASE TYPE NUMBER (See reverse side for listing) 605 | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ✓ NO IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
|---|---|

| RELATED CASES PENDING? ☐ YES ✓ NO | IF YES, LIST DOCKET NUMBERS |
|---|---|

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ YES ✓ NO | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY, IF KNOWN ☐ NONE ✓ UNKNOWN |
|---|---|

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| A. DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ YES ✓ NO | IF YES, IS THAT RELATIONSHIP | ☐ EMPLOYER-EMPLOYEE ☐ FAMILIAL | ☐ FRIEND/NEIGHBOR ☐ BUSINESS | ☐ OTHER (explain) |
|---|---|---|---|---|

B. DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ✓ NO

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION:

plaintiff was struck and injured by a ball from the field during the visiting team's batting practice

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ✓ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION: |
|---|---|
| WILL AN INTERPRETER BE NEEDED? ☐ YES ✓ NO | IF YES, FOR WHAT LANGUAGE: |

ATTORNEY SIGNATURE: [signature]

# EXHIBIT C



# PETRO·COHEN·PETRO·MATARAZZO
### ATTORNEYS AT LAW

FRANK A. PETRO
(Certified Workers' Compensation Law Attorney)
BARRY D. COHEN
(Certified Civil Trial Attorney)
SUSAN PETRO *
STEPHEN M. MATARAZZO *

JEANINE WARRINGTON *
SUZANNE HOLZ MEOLA

TIMOTHY J. McILWAIN
(Of Counsel)

MEMBER PA BAR *

The Executive Plaza
2111 New Road Suite 202
Northfield, New Jersey 08225

telephone: 609-677-1700
fax: 609-677-1700
website: www.petrocohen.com
email: pclaw@petrocohen.com



RECEIVED APR 7 2005 PHILLIES

April 5, 2005

**CERTIFIED/RETURN RECEIPT REQUESTED**

Philadelphia Phillies
Citizen's Bank Park
Philadelphia, PA 19148

RECEIVED APR 6 2005 PHILLIES

2222180010/-Closed
U-12. Please pull
ASAP. Thanks
CH

    Re:   Williams v. Philadelphia Phillies, et a.
          D/A:  4/5/03
          Our File No. 4906-1

Dear Sir/Madam:

   In accordance with the New Jersey Rules of Court, we are serving you with a Summons and Complaint with respect to litigation that has been instituted against you in the Superior Court of New Jersey, Law Division, Atlantic County. You have 35 days within which to file an Answer to the Complaint so that your financial interests may be protected.

   If you were insured on April 5, 2003, the date of the incident, you should immediately give the enclosed Summons and Complaint to your insurance agent or insurance company so that they may protect you in defense of this litigation.

   If you were uninsured at the time of this incident, please contact me upon receipt of this letter.

   Thank you.

                                                    Very truly yours,

                                                    BARRY D. COHEN
                                                    Direct Dial 609-677-1680, Ext. 12

BDC/mr
Enclosure
Certified 7001 1940 0005 5964 2793
cc: First Class Mail