REGER RIZZO KAVULICH & DARNALL, LLP
By: **Richard M. Darnall, Esquire (RD 2726)**
800 Kings Highway North, Suite 203
Cherry Hill, New Jersey 08034
(856) 779-2799
Attorneys for Defendant, The Phillies (improperly plead as, "Philadelphia Phillies")

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY, CAMDEN VICINAGE

| | |
|---|---|
| Plaintiff, | |
| | Civil Action No.: 05-cv-2346 (JHR) |
| JASON WILLIAMS | |
| | **DEFENDANT, THE PHILLIES',** |
| v. | **NOTICE OF MOTION TO DISMISS** |
| | **AND/OR TRANSFER PLAINTIFF's** |
| Defendants, | **COMPLAINT PURSUANT TO** |
| | **F.R.Civ.P.12(b)(2)(3) and (6)** |
| PHILADELPHIA PHILLIES | |
| | **RETURNABLE: FRIDAY, JUNE 17, 2005** |

**PLEASE TAKE NOTICE** that Defendant, The Phillies, will move this Court for an Order dismissing and/or transferring Plaintiff's Complaint pursuant to F.R.Civ.P.12(b)(2)(3) and (6) for the failure to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, this Moving Defendant will rely upon the attached Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith. Oral argument is respectfully requested.

Respectfully submitted,

**REGER RIZZO KAVULICH & DARNALL, LLP**

**DATED**: Tuesday, May 24, 2005        **By**:_____
                                         **RICHARD M DARNALL, ESQUIRE (RD 2726)**
                                         Attorneys for Defendant,
                                         The Phillies

Dockets.Justia.com