## TABLE OF CONTENTS

Notice of Motion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Table of Contents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i

Table of Authorities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii - iii

Memorandum of Law . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1 - 8

    I.       History of the Case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1 - 2

    II.      Argument . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2 - 8

          A.      Standard of Review . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2 - 3

          B.      Motion to Dismiss Plaintiff's Complaint Against Defendant, The Phillies, Based on F.R.Civ.P.12(b)(2)(3) and (6) - Lack of Personal Jurisdiction . . . . . . . . . . . . . . . . . 3 - 4

          C.      Motion to Dismiss/Transfer Based on Forum Non-Conveniens Pursuant to F.R.Civ.P.12(b)(3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4 - 6

          D.      Motion to Dismiss - Plaintiff's Complaint Pursuant to F.R.Civ.P.12(b)6 . . . . . . . . . 6 - 8

    III.     Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Certification of Richard M. Darnall, Esquire . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Proposed Form of Order . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Certificate of Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Dockets.Justia.com

## TABLE OF AUTHORITIES

### CASES

H.J., Inc. v. Northwestern Bell Tel. Co., 492 U.S. 229 (1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 6

Credit Lyonnais Secs. Inc. v. Alcantara, 183 F.3d 151, 154 (2d Cir.1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 3

OMI Holdings, Inc. v. Royal Ins. Co., 149 F.3d 26, 34 (1st Cir. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 3

Dickson Marine, Inc. v. Panalpina, Inc., 179 F.3d 331, 341 (5th Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 5

Conley v. Gibson, 355 U.S. 41, 45 - 46 (1957) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 6

Estelle v. Gamble, 429 U.S. 97, 106 - 109 (1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 6

International Shoe Co. v. Washington, 326 U.S. 310, 66 S.Ct. 154, (1945) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Burger King v. Rudzewicz, 471 U.S. 462, 476, 105 S.Ct. 2174, 2184 (1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Omeluk v. Langsten Slip & Batbyggeri, 52 F.3d 267, 270 (9th Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Glater v. Eli Lilly & Co., 744 F.2d 213, 216 (1st Cir. 1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Terracom v. Valley National Bank, 49 F.3d 555, 561 (9th Cir 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Shaffer v. Heitner, 433 U.S. 186, 206, 97 S.Ct. 2569, 2581 (1977) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Gulf Oil Corp. v. Gilbert, 330 U.S. 501, 504, 67 S.Ct. 839, 840 (1947) . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 5, 6

Iragorri v. International Elevator, Inc., 203 F.3d 8, 13 (1st Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Quackenbush v. Allstate, Ins. Co., 517 U.S. 706, 116 S.Ct. 1712 (1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Dickson Marine, Inc. v. Panalpina, Inc., 179 F.3d 331, 341 (5th Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Pakett v. The Phillies, 2005 WL 701221 (Pa.Cmwlth. 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Jones v. Three Rivers Management Corp., 483 Pa. 75, 394 A.2d 546 (1978) . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

**STATUTES**

28 U.S.C.A. § 1404 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

**RULES**

F.R.Civ.P.12(b)(2)(3) and (6) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 2, 3, 4, 6, 8, 9, 10, 11