# EXHIBIT "A"


Dockets.Justia.com