# EXHIBIT "B"

Dockets.Justia.com