## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | | |
|---|---|---|
| Plaintiff | : | Civil Action No.: 05-cv-2346 (JHR) |
| | : | |
| JASON WILLIAMS | : | **DEFENDANT, THE PHILLIES',** |
| | : | **MOTION TO DISMISS AND/OR** |
| v. | : | **TRANSFER PLAINTIFF'S COMPLAINT** |
| | : | **PURSUANT TO** |
| Defendant, | : | **F.R.Civ.P.12(b)(2)(3) and (6)** |
| | : | |
| THE PHILLIES | : | **RETURNABLE: Friday, June 17, 2005** |

### BRIEF OF DEFENDANT, THE PHILLIES

Richard M. Darnall, Esquire (RD-2726)
**REGER RIZZO KAVULICH & DARNALL, LLP**
800 Kings Highway North, Suite 203
Cherry Hill, New Jersey 08034
(856) 779-2799