REGER RIZZO KAVULICH & DARNALL, LLP
By: **Richard M. Darnall, Esquire (RD 2726)**
800 Kings Highway North, Suite 203
Cherry Hill, New Jersey 08034
(856) 779-2799
Attorneys for Defendant, The Phillies (improperly plead as, "Philadelphia Phillies")

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY, CAMDEN VICINAGE**

| | |
|---|---|
| Plaintiff, | Civil Action No.: 05-cv-2346 (JHR) |
| JASON WILLIAMS | |
| v. | **DEFENDANT, THE PHILLIES', NOTICE OF MOTION TO DISMISS AND/OR TRANSFER PLAINTIFF's COMPLAINT PURSUANT TO F.R.Civ.P.12(b)(2)(3) and (6)** |
| Defendants, | |
| PHILADELPHIA PHILLIES | |
| | **RETURNABLE: FRIDAY, JUNE 17, 2005** |

**PLEASE TAKE NOTICE** that Defendant, The Phillies, will move this Court for an Order dismissing and/or transferring Plaintiff's Complaint pursuant to F.R.Civ.P.12(b)(2)(3) and (6) for the failure to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, this Moving Defendant will rely upon the attached Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.  Oral argument is respectfully requested.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**REGER RIZZO KAVULICH & DARNALL, LLP**

**DATED**: Tuesday, May 24, 2005　　　**By**: /s/ Richard M. Darnall
　　　　　　　　　　　　　　　　　　　　　　　**RICHARD M DARNALL, ESQUIRE (RD 2726)**
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　　　　　The Phillies