**REGER RIZZO KAVULICH & DARNALL, LLP**
By: **Richard M. Darnall, Esquire (RD 2726)**
Suite 101, 700 East Gate Drive
Mt. Laurel, New Jersey 08054
(856) 779-2799
**Attorneys for Defendant, The Phillies (Improperly plead as, "Philadelphia Phillies")**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY, CAMDEN VICINAGE

| | |
|---|---|
| Plaintiff | |
| JASON WILLIAMS | Civil Action No.: 05-cv-2346 (JHR) |
| v. | |
| Defendants, | STIPULATION TO DISMISS |
| PHILADELPHIA PHILLIES | |

### STIPULATION TO DISMISS

AND NOW, it is hereby STIPULATED and AGREED by and between the parties, JASON WILLIAMS and THE PHILLIES (improperly designated as "PHILADELPHIA PHILLIES") that the above action be dismissed without prejudice.

_____
Barry Cohen, Esquire
Attorney for Plaintiff,
Jason Williams

_____
Richard M. Darnall, Esquire
Attorney for Defendant, The Phillies
(Improperly designated as "Philadelphia Phillies")

Date: June 13, 2005

BY THE COURT:

_____
THE HONORABLE JOSEPH H. RODRIGUEZ